IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CODY SLAVEN,

    Plaintiff,

  vs.                        Case No. 3:17cv269

IGOW LLC,                JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY NOTING AND GRANTING THE AUTOMATIC STAY OCCASIONED BY THE FILING OF A BANKRUPTCY PETITION; CASE ORDERED ADMINISTRAVELY PROCESSED; OBLIGATION OF PLAINTIFF'S COUNSEL SET FORTH

---

    This Court, noting that Kaan Gokay has filed a voluntary petition for Chapter 7 Bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio, Case No. 17-3398, the captioned cause is automatically stayed pursuant to Section 362(1) of the Bankruptcy Code.

    The captioned cause is administratively processed until the duration of the Automatic Stay. Plaintiff's counsel is requested to advise this Court, at six month intervals, as to the status of the above-captioned bankruptcy.

February 1, 2018

                                        WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record